**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas,
FILED

NOV 0 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION **B-03-204** |
| *versus* | § | (Claim: 49666/49667) |
| | § | |
| JUAN A. OROZCO, | § | |
| | § | |
| Defendant | § | |

# Complaint

1.  *Jurisdiction.* The district court has jurisdiction because the United States is a party.

    *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2.  *Venue.* The defendant is a resident of Willacy County, Texas, and may be served

    with process at 529 Canal Avenue, Raymondsville, Texas 78580.

3.  *The Debt.* The debt owed the United States is:

    (1) <u>Claim 49666</u>:

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 2,844.63 |
| B. | Current interest (capitalized and accrued) | $ | 1,750.84 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Attorney's fees | $ | 550.00 |
| E. | Balance due | $ | 5,145.47 |
| F. | Prejudgment interest accrues at | | |

    8.00% per annum being $ 0.62 per day.

(2) <u>Claim 49667</u>:

| | | | |
|---|---|---|---|
| A. | Current principal | $ | 1,413.14 |
| B. | Current interest (capitalized and accrued) | $ | 1,412.93 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Attorney's fees | $ | 550.00 |
| E. | Balance due | $ | 3,376.07 |
| F. | Prejudgment interest accrues at | | |

12.00% per annum being $ 0.46 per day.

TOTAL OWED (Claim 49666 + Claim 49667):  $  8,521.54

The current principal in paragraph 3(1)A and 3(1)B is after credits of $ 18.96.

The certificates of indebtedness, attached as Exhibit A and B, show the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

4.    *Failure to pay*. Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5.    *Prayer*. The United States prays for judgment for:

A.    The sums in paragraph 3 plus pre-judgment interest through the date of judgment, administrative costs, and post-judgment interest.

B.    Attorney's fees; and,

C.    Other relief the court deems proper.

Respectfully submitted,

ALONSO & CERSONSKY, P.C.

By: _____

M. H. Cersonsky
Texas State Bar: 04048500
Southern District: 5082
5065 Westheimer Road, Suite 600
Houston, Texas 77056
Telephone:    (713) 840-1492
Facsimile:    (713) 840-0038

**Attorneys for United States of America**

DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name:  JUAN A. OROZCO
AKA:  N/A
Address:  529 W. CANAL
RAYMONDVILLE, TX. 78580

Total debt due the United States as of  10-23-96  :  $ 4,595.47

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $ 2,844.63 from 10-23-96 at the annual rate of 8.00%. Interest accrues on the principal amount of this debt at the rate of $ 0.62 per day.

The claim arose in connection with Government insured or guaranteed loan(s) made by a private lender and assigned to the United States.

On 04-21-87 the debtor executed promissory note(s) to secure loan(s) from THE BANK OF HORTON, HORTON, KANSAS, under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on 04-11-88 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender to the amount of $ 219.63 thereby increasing the principal balance due to $ 2,844.63 .

After application of the last voluntary payment of $ 0.00 which was received on N/A the debtor now owes the following:

| | | |
|---|---|---|
| Principal: | $ | 2,844.63 |
| Interest: | $ | 1,750.84 |
| Administrative/Collection Costs: | $ | 0.00 |
| Penalties: | $ | 0.00 |

CERTIFICATION:  Pursuant to 28 USC section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____11/7/96_____
(Date)

_____
(Loan Analyst)

PLAINTIFF'S EXHIBIT

DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name:  JUAN A. OROZCO
AKA:  N/A
Address:  529 W. CANAL
RAYMONDVILLE, TX.  78580

Total debt due the United States as of  10-23-96  :  $ 2,826.07

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $ 1,413.14 from 10-23-96 at the annual rate of 12.00%. Interest accrues on the principal amount of this debt at the rate of $ 0.46 per day.

The claim arose in connection with Government insured or guaranteed loan(s) made by a private lender and assigned to the United States.

On 04-21-87 the debtor executed promissory note(s) to secure loan(s) from  BANK OF HORTON, HORTON, KANSAS,  under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on 08-30-87 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender to the amount of $ 80.14 thereby increasing the principal balance due to $ 1,413.14 .

After application of the last voluntary payment of $ 0.00 which was received on N/A the debtor now owes the following:

| | | |
|---|---|---|
| Principal: | $ | 1,413.14 |
| Interest: | $ | 1,412.93 |
| Administrative/Collection Costs: | $ | 0.00 |
| Penalties: | $ | 0.00 |

CERTIFICATION:    Pursuant to 28 USC section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____
11/7/9c
(Date)

_____
(Loan Analyst)

PLAINTIFF'S
EXHIBIT
B