United States District Court
Southern District of Texas
FILED

FEB 0 2 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-03-204 |
| | § | (Claim No 49666/49667) |
| JUAN A. OROZCO, | § | |
| | § | |
| Defendant. | § | |

## REQUEST FOR ENTRY OF DEFAULT

TO THE UNITED STATES DISTRICT CLERK:

The UNITED STATES OF AMERICA ("USA"), Plaintiff requests the Court to enter Default against Defendant, Juan A. Orozco, pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1. Plaintiff filed suit against Defendant on November 7, 2003. Defendant was personally served with a copy of the Citation and Summons on November 29, 2003 by Deputy Constable Gabriel Vega, Jr., which executed summons was filed with the Court on or about January 7, 2004.

2. As of January 28, 2004 no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

Page 1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was sent certified mail return receipt request and regular mail on January 30, 2004, to:

Juan A. Orozco
529 Canal Avenue
Raymondville, Texas 78580

_____
M.H. Cersonsky