United States District Court
Southern District of Texas
ENTERED

APR 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. **B-03-204** |
| | | (Claim No. 49666/49667) |
| **JUAN A. OROZCO** | § | |

# ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Docket No. 6) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

**Debt 1/Claim No. 49666:**

| | | |
|---|---|---|
| 1. | Principal Balance | $2,844.63 |
| 2. | Interest as of October 23, 1996 | $1,750.84 |
| 3. | Administrative Fees, Costs, Penalties | $ 0.00 |
| 4. | Attorney's Fees | $ 550.00 |
| 5. | Pre-Judgment Interest Rate Per Annum | 8.00% |
| 6. | Daily Accrual: | $ .62 |
| 7. | Balance Due After Credits (including attorney's fees) | $5,145.47 |
| 8. | Post Judgment Interest equals _1.41_ % Per Annum | |

**Debt 2/Claim No. 49667:**

| | | |
|---|---|---|
| 1. | Principal Balance | $1,413.14 |
| 2. | Interest as of October 23, 1996 | $1,412.93 |
| 3. | Administrative Fees, Costs, Penalties | $    0.00 |
| 4. | Attorney's Fees | $  550.00 |
| 5. | Pre-Judgment Interest Rate Per Annum | 12.00% |
| 6. | Daily Accrual | $    0.46 |
| 7. | Balance Due After Credits  (including attorney's fees) | $3,376.07 |
| 8. | Post Judgment Interest equals _1.41_ % Per Annum | |

DONE in Brownsville, Texas, this 23rd day of April, 2004.

_____
Hilda G. Tagle
United States District Judge