| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA, §
§
Plaintiff, §
§
Vs. § CIVIL ACTION B-03-204
§ (Claims 49666/49667)
JUAN A. OROZCO, §
§
Defendant. §

United States District Court
Southern District of Texas
FILED

OCT 0 5 2004

Michael N. Milby
Clerk of Court

## ABSTRACT OF JUDGMENT

| Date Judgement Entered | April 26, 2004 |
|---|---|
| Judgment in Favor of: | UNITED STATES OF AMERICA<br>c/o Plaintiff's Attorney (*See Below)<br>Alonso, Cersonsky & García, P.C. |
| Judgment Against: | JUAN A. OROZCO |
| Amount of Judgment: | Claim 49666: $ 2,844.63 in principal;<br>              $ 1,750.84 total interest accrued as of October 23, 1996<br>Claim 49667: $ 1,413.14 in principal;<br>              $ 1,412.93 total interest accrued as of October 23, 1996 |
| Amount of Costs: | Claim 49666: $   550.00 in Attorney's Fees;<br>Claim 49667: $   550.00 in Attorney's Fees; |
| Pre-judgment Rate of Interest: | Claim 49666: $    0.62 Per Diem ( 8.00% Per Annum)<br>Claim 49667: $    0.46 Per Diem (12.00% Per Annum) |
| Post-judgment Rate of Interest: | 1.41 % |
| Amount of Credits Since Judgment: | None. |
| Amount Due: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court for the Southern District of Texas, in the above captioned case.

Dated:
10-5-04

By: Danelle Ahumada

MICHAEL N. MILBY, Clerk

Deputy Clerk

* Return to: ALONSO, CERSONSKY & GARCÍA, P.C.
5065 Westheimer, Suite 600
Houston, Texas 77056